# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eagles, Catherine C. | Middle District of North Carolina | 07/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

324 W. Market Street
Greensboro, NC 27401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Eagles, Catherine C. | 07/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2012 | Matthew Bender & Co - Book Royalties | $619.49 |
| 2. 2012 | Consolidated Judicial Retirement System of NC - Pension | $71,662.68 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2012 | Higgins, Benjamin, Eagles & Adams, PLLC - Share of PLLC income |
| 2. 2012 | Elon University Law School - Earnings for teaching |
| 3. 2012 | University of NC at Greensboro - Earnings for teaching |
| 4. 2012 | William A. Eagles, PLLC - Earnings from law practice |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | NC Assn of Defense Attorneys | 6/15/12 - 6/17/12 | Hilton Head, South Carolina | Guest for NCADA educational program and meeting | Conference registration fee; hotel accommodations for judge and spouse; meals for judge and spouse; mileage stipend |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. Dominion Resources Inc. VA New Stock | C | Dividend | L | T | | | | | |
| 3. Duke Energy | C | Dividend | L | T | | | | | |
| 4. Piedmont Natural Gas | B | Dividend | K | T | | | | | |
| 5. Progress Energy | A | Dividend | | | Merged (with line 3) | 07/03/12 | J | | |
| 6. Public Service Enterprise Group | A | Dividend | | | Sold | 10/22/12 | J | C | |
| 7. Southern Bancshares NC Inc. | A | Dividend | M | T | | | | | |
| 8. Spectra Energy | B | Dividend | L | T | | | | | |
| 9. The Southern Company | A | Dividend | J | T | | | | | |
| 10. Brokerage Account #1 (H) | | | | | | | | | |
| 11. Invesco Charter Fund Cl A | A | Dividend | J | T | | | | | |
| 12. Growth Fund America Cl A Mutual Fund | A | Dividend | M | T | | | | | |
| 13. Investment Co. America Cl A AIVSX | D | Dividend | N | T | Buy (add'l) | 02/22/12 | J | | |
| 14. Wash Mutl Invs Fd Inc. Cl A AWSHX | A | Dividend | K | T | | | | | |
| 15. Income Fund America Inc A | C | Dividend | L | T | Buy | 01/31/12 | L | | |
| 16. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 17. Brokerage Account #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of India Cert of Deposit | A | Interest | | | Matured | 03/07/12 | K | | |
| 19. Wells Fargo Advisors Money Market Account | A | Interest | M | T | | | | | |
| 20. IRA #1 (H) | | | | | | | | | |
| 21. Amer. Balanced Fd Cl A Mutual Fund | B | Dividend | L | T | | | | | |
| 22. Inv. Co. of America CL A | D | Dividend | M | T | | | | | |
| 23. Cash - Wells Fargo Advisors | A | Interest | | | Sold | 05/22/12 | L | | |
| 24. Cash - Wells Fargo Advisors | | None | | | Buy | 05/22/12 | L | | |
| 25. Income Fund America Inc A | B | Dividend | L | T | Buy | 05/22/12 | L | | |
| 26. IRA #2 (H) | | | | | | | | | |
| 27. Wells Fargo Equity Value Fd CL A | C | Dividend | L | T | | | | | |
| 28. IRA #3 (H) | | | | | | | | | |
| 29. Growth Fund Am. CL A | A | Dividend | J | T | | | | | |
| 30. IRA #4 (H) | | | | | | | | | |
| 31. Cash - Wells Fargo Advisors | A | Interest | L | T | | | | | |
| 32. Inv. Co. Am CL A AIVSX | D | Dividend | M | T | | | | | |
| 33. Amer Balanced Fd CL A | B | Dividend | M | T | | | | | |
| 34. Capital Income Bldr CL A | D | Dividend | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #5 (H) | | | | | | | | | |
| 36. Growth Fund Am CL A AGTHX | A | Dividend | J | T | | | | | |
| 37. Cash - Wells Fargo Advisors (X) | A | Interest | J | T | | | | | |
| 38. 401k #2 (H) | | | | | | | | | |
| 39. Growth Fund America R2 Mutual Fund | | None | | | Sold | 01/31/12 | K | | |
| 40. Capital Income Builder R2 Mutual Fund | | None | | | Sold | 01/31/12 | K | | |
| 41. Inv. Co. of Am. Class A | | None | | | Distributed | 2/22/12 | J | | |
| 42. Other Assets (H) | | | | | | | | | |
| 43. Lincoln National Life Insurance Co Policies Surrrender Value | C | Interest | L | T | | | | | |
| 44. Wachovia Bank Account | A | Interest | L | T | | | | | |
| 45. Eagles Farms LLC | C | Distribution | M | W | | | | | |
| 46. Bank of America Account | A | Int./Div. | K | T | | | | | |
| 47. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 5   - Progress Energy merged with Duke Energy (Line 3) on July 3, 2012.  Progress Energy shares held were converted to shares of Duke Energy common stock.

Line 13 -  Funds reported on Line 41 of 2011 report (and on Line 41 of 2012 report) were moved in February, 2012 from a different broker and combined with Inv. Co. of Am. Class A Fund held in Brokerage Account #1.  Additional shares were   not bought, only moved, but "moved" is not an option among the acquistion choices in the drop-down menu.

Line 23 - Funds held in qualified retirement plan (listed on Lines 39 and 40 of 2011 report) were sold and cash proceeds were rolled over into an IRA in January, 2012.  (See corresponding note regarding Lines 39 and 40 below.)

Line 24 - Cash proceeds reported on Line 23, above, were used to purchase funds listed on Line 25 of this report.

Line 37 - Cash reported on this line was erroneously omitted from 2011 report.

Lines 39, 40 - Funds held in qualified retirement plan were sold in January, 2012 and cash proceeds were deposited  into Wells Fargo Advisors IRA account #1 (listed on Line 23 of this report; see note above).  As reported on Line 24, cash was   then used on May 22, 2012, to purchase funds listed on Line 25.

Line 41 - Funds were moved from one brokerage firm in February, 2012, and combined with funds in Brokerage Account #1 listed on Line 13. (See corresponding note regarding Line 13 above.)

Line 43 - Please note oversight on 2011 report.  Interest related to these policies should have been reported with Amount Code of "C" on Line 42, Col. B(1).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine C. Eagles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544